# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 26, 2006 |
| Court Reporter: Janet Coppock | Time: 14 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.   05-CR-00277-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Conner |
| Plaintiff, | |
| vs. | |
| **RICHARD LEE CANADA,** | Lizbeth Castle |
| Defendants. | |

## HEARING ON MOTION FOR RETURN OF PROPERTY

**9:21 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant's appearance has been waived.

Defendant's Motion To Excuse Present of Defendant on Motion to Release Funds (Doc #50), filed 10/20/06 is GRANTED.

Counsel advise they have no evidence to present.

Page Two
05-CR-00277-WDM
October 26, 2006

Comments by Mr. Conner conceding that the defendant can establish that he had substantial funds upon his release from the custody of the Bureau of Prisons and those funds did not result in any of the bank robberies that lead to his conviction in this case.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Return of Property (Doc #48), filed 8/26/06 is **GRANTED** to the extent that the Court recognizes that the funds were the defendant's money, but those funds are to be paid into the Court's registry and credited toward the restitution obligation imposed in this case.

**9:35 a.m.**     **COURT IN RECESS**

**Total in court time:**     **14 minutes**

**Hearing concluded**