IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00277-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD LEE CANADA,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on a letter addressed to me in this matter (doc. no. 57). Defendant alleges that the money seized from him and ordered by me to be applied to the restitution defendant owes has not been paid toward restitution. I interpret defendant's letter to be a motion asking that I order the funds be paid directly to him.

    Defendant has been represented in this matter by counsel, Elizabeth P. Castle. I do not allow hybrid representation and therefore will not consider this letter. This order will be without prejudice to counsel seeking any appropriate relief.

PDF FINAL

Accordingly it is ordered that defendant's letter (doc. no. 57) be stricken.

DATED at Denver, Colorado, on April 12, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge