IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00277-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD LEE CANADA,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the Government's Motion for Reduction of Sentence Pursuant to Rule 35(b)(2). The Government describes the substantial assistance of the Defendant provided both pursuant to Fed. R. Crim. P. Rule 35(2)(A) and (B) and seeks a reduction of Defendant's sentence from the 120-month sentence to a 96-month sentence. Defendant and his counsel do not object. Being sufficiently advised in the premises, I conclude that the motion should be granted without hearing and the presence of the Defendant is not required pursuant to Rule 43(b)(4).

Accordingly, it is ordered that the previous sentence be reduced to 96 months and that the U.S. Probation Office prepare an amended judgment.

DATED at Denver, Colorado, on June 16, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge