IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 05-cr-00277-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RICHARD LEE CANADA,

      Defendant.

_____

**ORDER**
_____

This matter is before me on the Defendant's Motion to Return Not Seized Property (doc. no. 62). Defendant alleges that the money seized from him and ordered by me to be applied to the restitution Defendant owes has not been paid toward restitution.

Defendant has been represented in this matter by counsel, Elizabeth P. Castle. I do not allow hybrid representation and therefore will not consider this motion. This order will be without prejudice to counsel seeking any appropriate relief.

Accordingly, it is ordered that Defendant's motion (doc. no. 62) be stricken.

DATED at Denver, Colorado, on July 20, 2009.

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States Senior District Judge